UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
THOMAS J. OLSEN,

                        Plaintiff,

          -against-

GROM USA, LLC.,

                        Defendant.
-------------------------------------------------------- X

18-CV-3342 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff filed this action on April 17, 2018, (Doc. 1), and filed an affidavit of service on May 14, 2018, (Doc. 5.) The deadline for Defendant to respond to Plaintiff's complaint was May 14, 2018. (*See id*.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action within the last three years to prosecute this case. Plaintiff is directed to inform me by July 14, 2021 why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 7, 2021
             New York, New York

                                                          _____
                                                          VERNON S. BRODERICK
                                                          United States District Judge